UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWUD NAAZIR ALI REGG WILLIAMS,

                  Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

23-CV-0876 (LGS) (JW)

**SCHEDULING ORDER**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

On February 10, 2023, the Court issued a scheduling order in this matter. Dkt. No. 9. Defendant was directed to "serve (but not file) the electronic certified transcript of the administrative proceedings (the e-CAR)." Dkt. No. 9. In light of Defendant's filing of the e-CAR on April 28, 2023, the Court sets the following superseding schedule for this action:

- Counsel for Plaintiff must send a written proposal for settlement to counsel for the Commissioner, summarizing Plaintiff's strongest arguments, with specific references to the portions of the record supporting those arguments, to determine if the case can be resolved by **June 1, 2023**.

- The parties shall either (a) file a stipulation dismissing, remanding, or otherwise resolving the case or (b) file a joint letter advising the Court that they have complied with the requirements of this Order but were unable to resolve the case by **July 3, 2023**.

- Should the case be unresolved, Plaintiff's motion for judgment on the pleadings shall be due by **August 3, 2023**. The motion for judgment on the pleadings must contain (a) a full description of the relevant facts, and (b) a full description of the relevant administrative proceedings.

- The Commissioner shall file their response to the motion for judgment on the pleadings, and any cross-motion, by **September 15, 2023.** The response must state whether the Commissioner agrees with Plaintiff's descriptions of the relevant facts and the relevant administrative proceedings, and – if not – whether Plaintiff's description misstates, mischaracterizes, or omits any

material facts or proceedings.

- Should Plaintiff choose to file a reply, it shall be due on **October 6, 2023.**

SO ORDERED.

Dated:   New York, New York
        May 1, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge