**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DAWUD NAAZIR ALI REGG WILLIAMS,

                Plaintiff,                              23 **CIVIL** 876 (LGS)(JW)

       -v-                                   **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated October 17, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and decision.

**Dated:**  New York, New York
          October 18, 2023

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                  **BY:**        *K. Mango*

                                                                **Deputy Clerk**