UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAWUD NAAZIR ALI REGG WILLIAMS, Plaintiff, | : | |
| -against- | : | 23 Civ. 876 (LGS) |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | : | ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 22, 2026, Plaintiff filed a motion for attorney's fees under 42 U.S.C. § 406(b).

WHEREAS, the August 13, 2026, Notice of Award appended to the motion states that the Social Security Administration is withholding $74,403.50 in back payments of Supplemental Social Security benefits due to Plaintiff, and includes a breakdown and computation of that amount. [Dkt. 29-3]

WHEREAS, the Notice of Award further states that "[w]e will send you another letter explaining your representative's fee and the amount of any SSI money we will send to you." [Id.]

WHEREAS, counsel's Affirmation references "a notice from the Social Security Administration dated August 8, 2026, indicating that the Administration is withholding $24,093.50 from the claimant's past due benefits for the payment of attorney's fees (attached hereto as Exhibit C)." [Dkt. 29] However, Exhibit C is the August 13, 2026 Notice of Award, and no August 8, 2026, communication is included in Plaintiff's filings.

WHEREAS, counsel's Affirmation states that the requested fee amount of $24,093.50 represents 25% of the claimant's total past due benefits, or a total of $96,374.00. [Dkt. 29] It is hereby

**ORDERED** that, by **November 13, 2026**, Plaintiff shall file a letter and append (1) the

referenced August 8, 2026, notice, (2) the letter dated after August 13, 2026 and referenced in the third WHEREAS paragraph above; (3) any other documentation sufficient to show the total amount of Plaintiff's past due benefits and an accounting. If Plaintiff does not have the foregoing documents, Defendant will be ordered to file the documents.

Dated: November 9, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**