UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWUD NAAZIR ALI REGG WILLIAMS, Plaintiff, -against- COMMISSIONER OF SOCIAL SECURITY, Defendant. | 23 Civ. 876 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 22, 2026, Plaintiff filed a motion for attorney's fees under 42 U.S.C. § 406(b).

WHEREAS, an Order entered November 9, 2026, directed Plaintiff to file a letter and append (1) an August 8, 2026, notice, (2) a letter from the Social Security Administration dated after August 13, 2026, and referenced in the third WHEREAS paragraph of the Order and (3) any other documentation sufficient to show Plaintiff's past due benefits and an accounting.

WHEREAS, on November 16, 2026, Plaintiff filed the August 8 notice but did not file the above-referenced letter from the Social Security Administration.

WHEREAS, an Order entered November 16, 2026, directed Plaintiff to file the letter no later than November 17, 2026, or state in a filing that Plaintiff is not in possession of the document.

WHEREAS, Plaintiff failed to file the letter or file a separate letter stating Plaintiff is not in possession of the document. It is hereby

**ORDERED** that as soon as possible, and by no later than **November 20, 2026**, Plaintiff shall comply with the November 16 Order. Plaintiff is reminded of its obligation to comply with Court-ordered deadlines.

Dated: November 19, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**